of Appeals for the Second Circuit granted. *Wilbur V. Keegan, pro se. Messrs. Theodore Kiendl, John F. X. Finn, Joab H. Banton, Harold W. Hastings, George S. Leisure, Leo C. Fennelly,* and *Geo. C. Norton* for petitioners in No. 821. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Edward G. Jennings* and *W. Marvin Smith* for the United States. Reported below: 141 F. 2d 248.

No. 708. SINGER ET AL. *v.* UNITED STATES. May 22, 1944. The order denying certiorari, 321 U. S. 791, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit is granted limited to the second question presented by the petition. *Messrs. John W. Cragun* and *William Stanley* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 873. PACIFIC GAS & ELECTRIC Co. *v.* SECURITIES & EXCHANGE COMMISSION. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Herman Phleger, Wm. B. Bosley, Robert H. Gerdes,* and *James S. Moore, Jr.* for petitioner. *Solicitor General Fahy, Messrs. Robert L. Stern, Roger S. Foster,* and *Milton V. Freeman,* and *Mrs. E. M. Calkin* for respondent.

No. 905. SPECTOR MOTOR SERVICE, INC. *v.* McLAUGHLIN, TAX COMMISSIONER, ET AL. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Edward M. Day* for petitioner.